IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

---

CALVARY ALBUQUERQUE, INC,
STEFAN DAVID GRANT GREEN,
KEILAH ANNA GREEN, and H.P.G, a minor,

   Plaintiffs,

  v.                   No. 1:23-cv-00486-KWR-KK

ANTONY BLINKEN,
*U.S. Secretary of State,*
U.S. DEPARTMENT OF STATE, *et al.*

   Defendants.

## ORDER DIRECTING SERVICE AND SETTING BRIEFING SCHEDULE

**THIS MATTER** comes before the Court upon Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunctive Relief and Request for Emergency Hearing, filed June 5, 2023 (Doc. 2). Plaintiffs appear to request a temporary restraining order.

Fed. R. Civ. P. 65(b)(1) provides that:

> The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:
>
> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
>
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Here, Plaintiffs appear to admit that there is no reason not to provide notice to the Defendants. *See* Doc. 2 at 20.

Therefore, Plaintiffs shall serve the complaint and summons, the motion, and this order on the appropriate Defendants.

2

Defendants shall respond to the motion **(Doc. 2)** within **fourteen (14) days** of service of the motion and this order. Plaintiffs may reply within **fourteen (14) days** of the filing of the response. Parties should submit any evidence they would like the Court to consider. If the parties agree to an extension, they should file a notice as provided in the local rules.

**IT IS SO ORDERED**.

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**

2